**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MICHELE PROVO and SUSAN CHERWA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | ) | Civil Action No. 1:25-cv-00569-RGA |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLMENT**

Pursuant to Federal Rule of Civil Procedure 23(e) Plaintiffs Michele Provo and Susan Cherwa ("Plaintiffs"), individually and on behalf of all others similarly situated, move for preliminary approval of the Class Action Settlement.

Specifically, Plaintiffs seek an order:

(1) granting preliminary approval of the Settlement;

(2) conditionally certifying the proposed Settlement Class for settlement purposes;

(3) conditionally appointing Plaintiffs as representatives of the Settlement Class and the law firms Berger Montague PC and Capstone Law APC to serve as Class Counsel;

(4) approving the Parties' proposed Class Notice form and plan for disseminating the Class Notice;

(5) appointing Epiq Solutions as the Settlement Administrator;

(6) setting deadlines for the filing of any objections to, or requests for exclusion from, the Settlement, and for other submissions in connection with the Settlement approval process; and

(7) setting a Final Fairness Hearing date and briefing schedule for Final Approval of the Settlement and Plaintiffs' application for attorneys' fees, reimbursement of costs and expenses, and service awards for the Representative Plaintiffs.

In support of this motion, Plaintiffs rely upon the accompanying brief in support, the Declaration of Russell D. Paul ("Paul Decl."), a copy of the fully executed Settlement Agreement which is attached as Exhibit A to the Paul Decl., the Declaration of Cody R. Padgett, the Declaration of Cameron R. Azari ("Azari Decl."), and the Notice Plan which is attached as Exhibit 1 to the Azari Decl. The following Exhibits are appended to the Settlement Agreement:

- Exhibit 1: Proposed Short Form Class Notice
- Exhibit 2: Proposed Long Form Class Notice
- Exhibit 3: Proposed Preliminary Approval Order
- Exhibit 4: Proposed Final Order and Judgment

Defendant Ford Motor Company does not oppose this motion.

Dated: June 4, 2026

Respectfully submitted,

/s/Russell D. Paul
Russell D. Paul (DE Bar 4647)
**BERGER MONTAGUE PC**
800 N. West Street, Suite 200
Wilmington, DE 19801
Phone: (302) 691-9545
rpaul@bergermontague.com

Amey J. Park (*pro hac vice*)
Natalie Lesser (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604

Email: apark@bergermontague.com
nlesser@bergermontague.com

Cody R. Padgett (*pro hac vice*)
Abigail Gertner (*pro hac vice*)
Majdi Hijazin (*pro hac vice*)
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Tel.: (310) 556-4811
Fax: (310) 943-0396
Cody.Padgett@capstonelawyers.com
Abigail.Gertner@capstonelawyers.com
Majdi.Hijazin@capstonelawyers.com

*Counsel for Plaintiffs and the Proposed Putative Class Members*