BERGER | MONTAGUE

RUSSELL D. PAUL / SHAREHOLDER
d 215.875.4601 m 610.662.7222 rpaul@bm.net

October 2, 2026

**VIA ECF**
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801

**Re: *Provo v Ford Motor Company*, No. 1:25-cv-00569-RGA (D. Del.)**

Dear Judge Andrews,

Plaintiffs Michele Provo and Susan Cherwa and Defendant Ford Motor Company (the "Parties") submit this joint letter regarding the class wide settlement memorialized in a Settlement Agreement (D.I. 31-1) and preliminarily approved by this Court on June 17, 2026 (D.I. 37) ("PA Order).

The Settlement Agreement contains only one reference to the method of payment: section II.A on page 11 specifies that approved claimants will be "paid via payment card to the payee and address provided with the claims submission." D.I. 31-1 at § II.A., p. 11. The parties wish to amend the settlement agreement to change that single payment reference, as follows:

> "Members of the Settlement Class who submit a valid and approved claim will receive Six Thousand and 00/00 Dollars ($6,000.00), paid via check to the payee and address provided with the claim submission."

The Parties have attached the "First Amendment to Settlement Agreement" setting forth the above change. The Parties note that this change does not affect the class notices or any deadlines in the Settlement Agreement or this Court's PA Order.

If there is additional information that the Court would like the Parties to provide, we are happy to do so.

Respectfully submitted,

/s/ Russell D. Paul
Russell D. Paul (DE Bar 4647)
BERGER MONTAGUE PC
800 N. West Street, Suite 200
Wilmington, DE 19801
Tel.: (302) 691-9545
rpaul@bergermontague.com

Cody R. Padgett (*pro hac vice*)
Abigail J. Gertner (*pro hac vice*)
Majdi Y. Hijazin (*pro hac vice*)
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396
Cody.Padgett@capstonelawyers.com
Shahin.Rezvani@capstonelawyers.com
Abigail.Gertner@capstonelawyers.com
Majdi.Hijazin@capstonelawyers.com

/s/ Christian J. Singewald
CHRISTIAN J. SINGEWALD (#3542)
WHITE AND WILLIAMS LLP
600 N. King Street, Suite 800 |
Wilmington, DE 19801-3722
Phone: 302.654.0424
singewaldc@whiteandwilliams.com

ROGER P. MEYERS (pro hac vice)
GORDON J. KANGAS (pro hac vice)
NICOLE K. HAELTERMAN (pro hac vice)
THOMAS G. CRIBBINS (pro hac vice)
BUSH SEYFERTH PLLC
100 West Big Beaver Road, Suite 400
Troy, MI 48084
Phone: 248.822.7800
meyers@bsplaw.com
kangas@bsplaw.com
haelterman@bsplaw.com
cribbins@bsplaw.com