**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MICHELE PROVO and SUSAN CHERWA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | : | C.A. NO.: 1:25-cv-00569-RGA |

## FIRST AMENDMENT TO SETTLEMENT AGREEMENT

This First Amendment to Settlement Agreement ("Amendment") is entered on September 22, 2026, by and among named plaintiffs Michele Provo and Susan Cherwa (the "Named Plaintiffs") and defendant Ford Motor Company ("Ford"), by and through their respective counsel (together, the "Settling Parties").

## RECITALS

WHEREAS the Stipulation and Agreement of Settlement dated April 29, 2026 (the "Settlement Agreement") contemplated payment of settlement consideration via payment cards for valid and approved claims;

WHEREAS the financial institution the Settling Parties agreed to use as payment card issuer thereafter provided notice that it would be terminating its payment card business prior to the Fairness Hearing, and thus prior to any remittance of settlement consideration in this case; and

WHEREAS the Settling Parties have agreed to amend the Settlement Agreement to provide instead for payment via checks issued by the Settlement Administrator;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Settling Parties, subject to the approval of the Court, that Settlement Agreement be amended as follows:

1. Section II.A of the Settlement Agreement is amended solely to eliminate the reference to payment via "payment card" and replace it with payment via "check."

2. Except for the amendment expressly set forth above, the Settlement Agreement remains unchanged and in full force and effect. This Amendment constitutes the entire agreement and understanding among the Settling Parties regarding this Amendment and may be executed in one or more counterparts, each of which shall be deemed an original as against any party who has signed it, and all of which shall be deemed a single agreement.

[*signatures follow*]

IN WITNESS HEREOF, the Settling Parties have caused this Amendment to be executed as of September 22, 2026.

**ON BEHALF OF FORD MOTOR COMPANY**

DocuSigned by:
A4431EC014B9457...

LUIS E. GOMEZ
Lead Counsel, Class Actions
Ford Motor Company

DATE Sep-21-2026

**PLAINTIFFS**

Signed by:
97E50587E58A412...

MICHELE PROVO

DATE 9/22/2026

Signed by:
59CDBD59647E485...

SUSAN CHERWA

DATE 9/22/2026

RUSSELL D. PAUL
Berger Montague PC

9/22/2026
DATE

CODY PADGETT
Capstone Law APC

9/22/2026

DATE

*Counsel for Plaintiffs and the Settlement Class*

SO ORDERED this 2nd day of October, 2026

/s/ Richard G. Andrews
Senior United States District Judge